## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>       **Plaintiff,**    )<br>                              )<br>       **v.**                    )<br>                              )<br>**ALL PROPERTY IN/UNDERLYING** )<br>**E-GOLD ACCOUNT NUMBERS:**    )<br>**3830833 and 2094836,**       )<br>       **Defendant.**        ) | Civil Action No. 07-01345 (RMC) |

Date: November 26, 2007

United States Secret Service
Asset Forfeiture Section
245 Murray Drive, Building 410
Washington, DC 20223

*********************************
Criminal Asset Forefeiture Office
Department of Justice
United States Attorney's Office
555 Fourth Street, NW, Room 4824
Washington, DC 20530
Attn: William R. Cowden, Esquire
       Assistant United States Attorney

### CLAIM FOR SEIZED PROPERTY

The Claim for Seized Property is brought by IFF ULWES, Ltd. ("IFF"), hereinafter called Claimant, by and through its attorney of record, Gregory R. Noonan, Esquire, and the Law Firm of Walfish & Noonan, LLC, who would show the following:

1. The property seized by agents of the United States Secret Service ("USSS"), and therefore the subject of this Claim, is described as follows:

    Property in underlying E-Gold Account Numbers 3830833 and 2094836 ($445,189.72 in U.S. Currency). A copy of the USSS Notice of Seizure is not attached, as it is not available.

2. The property was seized from E-Gold Account Numbers 3830833 and 2094836 ($445,189.72 in U.S. Currency) and is the property of IFF ULWES, Ltd.

3. The aforesaid property should be returned to Claimant for the reason that said property was not and is not subject to seizure or forfeiture pursuant to 18 U.S.C. §981(a)(1), and 18 U.S.C. §§1956 and 1960, and any other statute or regulation of the United States Government. Claimant would further show that no probable cause existed for the seizure of such property and such property was unlawfully seized.

4. WHEREFORE, Claimant herein makes demand upon the Custodian of the aforedescribed property for the immediate return of said property or in the alternative, that the custodian immediately forward this Claim to the United States Attorney for the District of Columbia, Assistant United States Attorney William R. Cowden, United States Attorney's Office, 555 Fourth Street NW, Room 4824, Washington, DC 20530, to proceed in the United States District Court as required by law.

Respectfully submitted,

WALFISH & NOONAN, LLC

BY: /s/ Gregory R. Noonan, Esquire
      Gregory R. Noonan, Esquire, Pro Hac Vice
      Attorney for IFF ULWES, Ltd.
      528 DeKalb Street
      Norristown, PA 19401
      (610) 277-7899

## **VERIFICATION**

I, Waldemar Ulrich, President of IFF UWLES, Ltd., Claimant, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing Claim for Seized Property is true and correct to the best of my knowledge and belief.

Executed on this 22nd day of November, 2007.

                                                       IFF ULWES, Ltd.

                                    By:    /s/ Waldemar Ulrich, President
                                                      Waldemar Ulrich, President

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Claimant's Original Claim for Seized Property was mailed, certified mail, return receipt requested to William R. Cowden, United States Attorney's Office, 555 Fourth Street NW, Room 4824, Washington, DC 20530 on the 26th day of November, 2007.

                                    WALFISH & NOONAN, LLC

                                    BY: /s/ Gregory R. Noonan, Esquire
                                              Gregory R. Noonan, Esquire, Pro Hac Vice
                                              Attorney for IFF ULWES, Ltd.
                                              528 DeKalb Street
                                              Norristown, PA 19401
                                              (610) 277-7899