

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: 07cv01345 (RMC) |
| DEFENDANT: All Property in E-Gold Account Numbers 3830833 and 2094836 | TYPE OF PROCESS: Verified Complaint for Forfeiture in Rem |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
$445,189.72 in U.S. Currency

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William R. Cowden
Laurel Loomis Rimon
Assistant United States Attorneys
555 4th Street, NW, Room 4824
Washington, DC  20530

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Agency Case No. 327-774-8703-S

Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff  ( ) Defendant
William R. Cowden
TELEPHONE NO. (202) 307-0258
DATE: 8/23/2007

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE

( ) I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.

( ) A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE: 10-11-07
TIME OF SERVICE: 2:45 ( ) AM (✓) PM
SIGNATURE, TITLE AND TREASURY AGENCY

REMARKS:
The above Properties were seized on 8/24/2007.

TD F 90-22.48 (6/96)