AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA

    Plaintiff(s)    )
)
)
    vs.    )
ALL PROPERTY IN/UNDERLYING  )
E-GOLD ACCOUNT NUMBERS  )
    Defendant(s)    )

**APPEARANCE**

CASE NUMBER   07-01345 (RMC)

To the Clerk of this court and all parties of record:

Please enter the appearance of   PAUL J. RILEY   as counsel in this
    (Attorney's Name)

case for:   ALL PROPERTY IN/UNDERLYING E-GOLD ACCOUNT NUMBERS
    (Name of party or parties)

JUNE 27, 2008
Date

*(signature)*
Signature

924043
BAR IDENTIFICATION

PAUL J. RILEY
Print Name

1629 K STREET NW #300
Address

WASHINGTON, DC 20006
City    State    Zip Code

202 352-7677
Phone Number