IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
        Plaintiff, )   Civil Action No. 07-01345 (RMC)
)
v. )
)
ALL PROPERTY IN/UNDERLYING )
E-GOLD ACCOUNT NUMBERS: )
3830833 and 2094836, )
        Defendant. )

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW, Paul J. Riley, a member in good standing of the Bar of this Court and moves for admission *pro hac vice* Gregory R. Noonan, Esquire, a member in good standing of the Bar of Pennsylvania (PA Bar I.D. No. 48544) to act as counsel in this case.

POINTS AND AUTHORITIES:

1. The statutory authority of this Court.

2. The record herein.

                                              /s/ Paul J. Riley
                                              Paul J. Riley, Esquire
                                              DC Bar No. 924043
                                              1629 K Street NW, Suite 300
                                              Washington, DC 20006
                                              (202) 352-7677

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>ALL PROPERTY IN/UNDERLYING<br>E-GOLD ACCOUNT NUMBERS:<br>3830833 and 2094836,<br>        Defendant. | Civil Action No. 07-01345 (RMC) |

### DECLARATION PURSUANT TO LCvR 83.2 (d)

COMES NOW, Gregory R. Noonan, Esquire, and makes this Declaration pursuant to Local Rule 83.2(d) as follows:

1. My name is Gregory Robert Noonan;

2. My office address is 528 DeKalb Street, Norristown, Pennsylvania 19401 and my office phone number is (610) 277-7899.

3. I am admitted to the bars of North Carolina (1985) Pennsylvania (1986) U.S. District Court (1986), U.S. Court of Appeals, Third Circuit (1994), U.S. Bankruptcy Court for the Eastern District of Pennsylvania (1990); U.S. Claims Court (1991); U.S. Tax Court (1994), New Jersey (1995) and U.S. District Court for the District of New Jersey (1995) and U.S. Bankruptcy Court for the District of New Jersey (1995).

4. I hereby certify that I have not been disciplined by any bar.

5. I have not previously been admitted *pro hac vice* to this Court;

6. I do not practice law from an office in the District of Columbia, nor am I a member of the bar, nor have an application pending, of the District of Columbia.

I, Gregory R. Noonan, Esquire, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing is based upon information known to me and/or furnished to me and that everything represented herein is true and correct to the best of my knowledge and belief.

_____
Gregory R. Noonan, Esquire

## CERTIFICATE OF SERVICE

I, Paul J. Riley, Esquire, hereby certify that I served a true and correct copy of the attached Motion for Admission *Pro Hac Vice* upon the below listed parties by mailing same on June 27, 2008, by First Class Mail, postage prepaid:

William R. Cowden, United States Attorney's Office
555 Fourth Street NW, Room 4824
Washington, DC 20530

Paul J. Riley, Esquire
Bar No. 924043
1629 K Street NW, Suite 300
Washington, DC 20006
(202) 352-7677

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  )   Civil Action No. 07-01345 (RMC)
        Plaintiff,  )
                               )
      v.                          )
                               )
ALL PROPERTY IN/UNDERLYING  )
E-GOLD ACCOUNT NUMBERS:  )
3830833 and 2094836,  )
        Defendant.  )

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice*, it appearing to the Court that the Motion should be granted it is by the Court this _____ day of _____, 2008:

ORDERED: that the Motion be, and the same is hereby GRANTED and Gregory R. Noonan, Esquire, is admitted *pro hac vice* to act as counsel in this cause.

                                                                            _____
                                                                        UNITED STATED DISTRICT JUDGE

Copies to:

William R. Cowden, Esquire
United States Attorney's Office
555 Fourth Street NW, Room 4824
Washington, DC 20530

Gregory R. Noonan, Esquire
528 DeKalb Street
Norristown, PA 19401

Paul J. Riley, Esquire
1629 K Street NW, Suite 300
Washington, DC 20006